FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICHAEL E.,

    Plaintiff,

    vs.

FRANK BISIGNANO, Commissioner of Social Security,[1]

    Defendant.

No. 1:25-CV-3159-JAG

ORDER GRANTING
STIPULATED REMAND

Before the court is the parties' Stipulated Motion to Remand. ECF No. 14. After considering the file and proposed order, it is hereby **ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the Defendant in this suit.

ORDER GRANTING STIPULATED REMAND - 1

instruct the Administrative Law Judge to further consider Plaintiff's maximum residual function capacity. In doing so, the Commissioner shall:

    a)    Evaluate medical source opinions;

    b)    Offer Plaintiff the opportunity for another hearing;

    c)    Take any further action needed to complete the administrative record; and

    d)    Issue a new decision.

3.    All other pending motions are **DENIED AS MOOT**.

4.    Judgment shall be entered for **Plaintiff**.

5.    Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED March 20, 2026.



_____

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED REMAND - 2