AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

MICHAEL E.

)
)
*Plaintiff*                                    )
v.                                       )     Civil Action No.   1:25-CV-3159-JAG
FRANK BISIGNANO,                               )
Commissioner of Social Security                )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:     Pursuant to the Court Order at ECF No 15, the parties' Stipulated Motion to Remand, ECF No. 14, is GRANTED.
Based on the stipulation of the parties, this case is REVERSED and REMANDED for further administrative proceedings
pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   James A. Goeke.

Date:   3/20/2026

CLERK OF COURT

s/Sean F. McAvoy

*Signature of Clerk*